47 P.3d 761

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Coello v. Donnan | 23838 | 04/09/2002 | Affirmed |
| State v. Kahumoku | 23897 | 04/11/2002 | Affirmed |
| State v. Jones | 23700 | 04/12/2002 | Affirmed |
| Doe Children, In re | 23611 | 04/15/2002 | Affirmed |
| Reeves v. Rogers | 23628 | 04/23/2002 | Vacated and remanded |
| State v. Choi | 23662 | 04/24/2002 | Affirmed |
| State v. Yamamoto | 23697 | 04/25/2002 | Affirmed |
| Brott v. Brott | 23921 | 04/29/2002 | Affirmed |
| Doe Children, In re | 23416 | 04/30/2002 | Affirmed |
| Doe, In re | 22884 | 04/30/2002 | Vacated and Remanded |
| State v. Gordon | 23833 | 05/01/2002 | Affirmed |
| State v. Souza | 23987 | 05/02/2002 | Affirmed |
| State v. Wagner-Smith | 23271 | 05/08/2002 | Affirmed |
| State v. Lussier | 23726 | 05/09/2002 | Vacated and Remanded |
| Sortino v. Salas | 23842 | 05/09/2002 | Affirmed |
| Kennedy v. Ching | 24025 | 05/17/2002 | Vacated and Remanded |
| Baker v. Quintal | 23739 | 05/23/2002 | Affirmed in part and Reversed in part |
| Ho v. Wu | 23804 | 05/29/2002 | Affirmed |